*United States District Court for the Northern District of Illinois*

Case Number: **16CV10289**  Assigned/Issued By: **DJ**

Judge Name: **ST.EVE**  Designated Magistrate Judge: **GILBERT**

**FEE INFORMATION**

*Amount Due:*  ☑ $400.00  ☐ $46.00  ☐ $5.00
☐ IFP  ☐ No Fee  ☐ Other _____
☐ $505.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: **400.00**   Receipt #: **4624170703**

Date Payment Rec'd: **11/02/16**   Fiscal Clerk: **DJ**

**ISSUANCES**

☑ Summons  ☐ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets  (Victim, Against and $ Amount)
☐ Writ _____
(Type of Writ)

**1** Original and **1** copies on **11/02/16** as to _____
(Date)

US BANK NATIONAL ASSOCIATION.